UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUSTIN de TAGLE,<br>   Plaintiff,<br> v.<br>SANTA CLARA COUNTY,<br>   Defendant. | Case Nos.  5:24-cv-03480 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Susan van Keulen for consideration of whether the case is related to 5:24-cv-03353 SVK, *Orlando Sanchez de Tagle v. Santa Clara County District Attorney Office*.

**IT IS SO ORDERED.**

Dated:  July 15, 2024

           _____
           NATHANAEL M. COUSINS
           United States Magistrate Judge

Case No. 24-cv-03480 NC
SUA SPONTE JUDICIAL REFERRAL