UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO SANCHEZ DE TAGLE,<br>Plaintiff,<br>v.<br>SANTA CLARA COUNTY DISTRICT ATTORNEY OFFICE,<br>Defendant. | Case No.  24-cv-03353-SVK<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE** |

On June 4, 2024, the Court denied without prejudice self-represented Plaintiff's application to proceed *in forma pauperis* with instructions that Plaintiff file a renewed application or pay the filing fee by July 8, 2024.  *See* Dkt. 4.  As of the issuance of this Order, Plaintiff has not taken either action.  Accordingly, the Court **ORDERS** Plaintiff to appear on **August 13, 2024, at 10:00 a.m.** and show cause, if any, why the Court should not dismiss this action for failure to prosecute.  Further, Plaintiff shall file a response to this Order by **August 6, 2024**.  Plaintiff must submit any such filing <u>in this action</u> (and not in any other action he may have commenced).  If Plaintiff files a renewed application to proceed *in forma pauperis* or pays the filing fee, the Court will vacate the September 10 hearing.

The Court encourages Plaintiff to seek free legal assistance from the Legal Help Center located in the San Jose courthouse.  The Legal Help Center will not represent Plaintiff in this action but can provide basic legal assistance at no cost.  Plaintiff can schedule an appointment by calling 408-297-1480 or emailing hsong@asianlawalliance.org.  Plaintiff can find more information about the Legal Help Center at:  https://cand.uscourts.gov/pro-se-litigants/.

The court also provides a free guide, "Representing Yourself in Federal Court:  A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of

the case, including discovery, motions and trial.  Plaintiff can access the guide online (https://www.cand.uscourts.gov/wp-content/uploads/2023/03/Pro_Se_Handbook_4-2024_MBB.pdf) or in hard copy free of charge from the Clerk's Office.

**SO ORDERED.**

Dated: July 22, 2024

SUSAN VAN KEULEN
United States Magistrate Judge