UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORLANDO SANCHEZ DE TAGLE,<br>　　　　Plaintiff,<br>　　v.<br>SANTA CLARA COUNTY,<br>　　　　Defendant. | Case Nos.  5:24-cv-07175 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Eumi K. Lee for consideration of whether the case is related to 5:24-cv-03353 EKL, *Orlando Sanchez de Tagle v. Santa Clara County District Attorney Office.*

**IT IS SO ORDERED.**

Dated:  October 17, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 24-cv-06462
SUA SPONTE JUDICIAL REFERRAL